# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KARREN BRUMM,**

          **Plaintiff,**

          v.                                           **Case No. 17-CV-1351**

**NANCY A. BERRYHILL,**

          **Defendant.**

## ORDER

Pursuant to the stipulation of the parties (ECF No. 18), this matter is hereby reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On judicial remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to offer the claimant the opportunity for a hearing where Plaintiff may testify and submit additional arguments and evidence. The ALJ will take further action to complete the administrative record. The ALJ will reevaluate the record, including reevaluation of opinion evidence. The ALJ will reevaluate the intensity, persistence, and functionally limiting effects of Plaintiff's symptoms. The ALJ will proceed through the sequential evaluation process as needed to reach a decision. If the

evaluation reaches step four, the ALJ will reevaluate Plaintiff's residual functional capacity and obtain vocational testimony as needed to support a decision. The ALJ will issue a *de novo* decision.

The Clerk shall enter judgment accordingly.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 15th day of March, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge